1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   JAMES STEVEN CIENFUEGOS,         )   CASE NO. CV 09-643-VBF (PJW)
                                      )
11                  Petitioner,       )
                                      )
12          v.                        )   ORDER ACCEPTING REPORT AND
                                      )   ADOPTING FINDINGS, CONCLUSIONS,
                                      )   AND RECOMMENDATIONS OF UNITED
13   MELISSA LEA,                     )   STATES MAGISTRATE JUDGE
                                      )
14                  Respondent.       )
     _____)

15
          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
16
     the records on file, and the Report and Recommendation of United
17
     States Magistrate Judge.  No objections to the Report and
18
     Recommendation have been filed.  The Court accepts the Magistrate
19
     Judge's Report and adopts it as its own findings and conclusions.
20

21
          DATED: October 5, 2009
22

23

24                                    _____
                                      VALERIE BAKER FAIRBANK
25                                    UNITED STATES DISTRICT JUDGE

26

27

28   C:\Temp\notes7555CD\100509.Order accep r&r.wpd