UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES STEVEN CIENFUEGOS, | ) | CASE NO. CV 09-643-VBF (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| MELISSA LEA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 5, 2009

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notes7555CD\100509. Judgment.wpd